IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOLISA MCDONALD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO: |
| v. | ) 1:25-cv-03955-SCJ-RGV |
| | ) |
| HEARTS AND HANDS THERAPY SERVICES, INC. and CLEAR INVESTIGATIVE ADVANTAGE LLC, | ) ) ) ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff JoLisa McDonald and Defendant Clear Investigative Advantage LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate to the dismissal with prejudice of this matter, with each party to bear her/its own fees and costs.

Dated: November 12, 2025

1

| | |
|---|---|
| */s/ Andrew Weiner* | */s/ Steven D. Ginsburg* |
| Jeffrey B. Sand | Steven D. Ginsburg |
| Georgia Bar No. 181568 | Georgia Bar No. 121055 |
| Andrew Weiner | steven.ginsburg@fmglaw.com |
| Georgia Bar No. 808278 | Nicholas A. Bacon |
| WEINER & SAND LLC | Georgia Bar No. 502192 |
| 6065 Roswell Road | nicholas.bacon@fmglaw.com |
| Suite 700-121 | FREEMAN MATHIS & GARY, LLP |
| Sandy Springs, GA  30328 | 100 Galleria Parkway |
| Tel: (404) 254-0842 | Suite 1600 |
| Fax: (866) 800-1482 | Atlanta, Georgia 30339 |
| aw@wsjustice.com | (770) 818-0000 - Phone |
| js@wsjustice.com | (833) 330-3669 - Facsimile |
| | |
| ***Counsel for Plaintiff*** | ***Counsel for Defendant*** |

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2025, 1 electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

                                        */s/ Andrew Weiner*
                                        Counsel for Plaintiff